**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LLOYD DUNCAN,                          ) NO. CV 11-5840-MMM (MAN)
                                       )
            Petitioner,                )
                                       )
      v.                               ) ORDER ACCEPTING FINDINGS AND
                                       )
TERESA GONZALES,                       ) RECOMMENDATIONS OF UNITED STATES
                                       )
            Respondent.                ) MAGISTRATE JUDGE
_____)

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition
for Writ of Habeas Corpus ("Petition"), all of the records herein, the
Report and Recommendation of United States Magistrate Judge ("Report"),
and petitioner's Objections to the Report.  The Court has conducted a *de
novo* review of those portions of the Report to which objections have
been stated in writing.  Having completed its review, the Court accepts
the findings and recommendations set forth in the Report.


     Accordingly, IT IS ORDERED that:  (1) the Petition is denied; and
(2) Judgment shall be entered dismissing this action with prejudice.

1      IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2 Order and the Judgment herein on the parties.

3

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6 DATED:  May 24, 2012.

7

8

                              MARGARET M. MORROW

9                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28