**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LLOYD DUNCAN, | ) | NO. CV 11-5840-MMM (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TERESA GONZALES, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 24, 2012.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE